# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**STANLEY JOSEPH WEAVER.** | **CRIMINAL ACTION NO.**<br>**5:21-cr-00005-TES** |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

Before the Court is the Government's Joint Motion for Continuance [Doc. 35], whereby both parties request a continuance until October 7, 2021, "for additional time to permit the Defendant the opportunity to meet with the Government for a proffer and then sign his plea agreement." [Doc. 35, ¶ 2].

On January 13, 2021, the Grand Jury indicted Defendant Weaver with two counts of Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A). [Doc. 1]. On January 26, 2021, Defendant Weaver pled not guilty to the Indictment at his arraignment. [Doc. 12]; [Doc. 13]; [Doc. 32].

In its Joint Motion for Continuance, the Government contends that both parties request additional time to "complete the negotiations process and resolve this case." [Doc. 35, ¶ 4]. Consistent with the Government's request, the Court **GRANTS** its Joint Motion for Continuance [Doc. 35]. The Court **ORDERS** that this case be continued to October 7, 2021. The ends of justice served by granting a continuance outweigh the

interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). All days from the date of this Order until the hearing on October 7, 2021, shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 16th day of September, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**